**Exhibit A to the Complaint**

**Location:** Brooklyn, NY  
**Total Works Infringed:** 29  
**IP Address:** 71.255.66.71  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 31BD44884B5FA18595EF1307F00D981F3D161EA8<br>File Hash:<br>98D288567375A85AB05CB40C70AB30A092A4CF2534B700D7FDAE334E0702E3B9 | 08/30/2024<br>01:50:11 | Tushy | 08/25/2024 | 09/18/2024 | PA0002490453 |
| 2 | Info Hash: 23F7D593404930F1CACB7BE0651B0A5F6BC55AAB<br>File Hash:<br>004401BBF60A68F4E885E558C07DFD169EF976E37C2CCC54F2A63961E1BB8091 | 08/29/2024<br>01:01:47 | Vixen | 08/23/2024 | 09/18/2024 | PA0002490435 |
| 3 | Info Hash: 742F07FC7A6172E836364513F475E6E00197B653<br>File Hash:<br>F7D71789DE0506F46F23C9694B2DDEB735D0C0C34F5A7C237D000C2AC400F5A9 | 08/25/2024<br>00:13:54 | Vixen | 08/04/2023 | 08/17/2023 | PA0002425763 |
| 4 | Info Hash: 8DCE71F796BAA1F4F5086C49E32C33FA2F79B2AF<br>File Hash:<br>BFAECA1D5FB885719168589C8671A8075F716D081CD61C12C80945EAA6354612 | 08/23/2024<br>01:25:15 | Vixen | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 5 | Info Hash: F4E88DD4D5E68CA69DE9386D432907B68F0921C3<br>File Hash:<br>350BF3F6FB1A8CC74C1E18A622DA7F117C0DB94CD9293EE1C20CBB29FF7E50C6 | 08/17/2024<br>04:54:16 | Tushy | 02/06/2022 | 02/14/2022 | PA0002335460 |
| 6 | Info Hash: 8623EE30B3610460CBE5EACE9562AB5C0966EDD0<br>File Hash:<br>B9DF70918824D5BC6DE5334D5E199B4699CB24B426DEBA753241F936FB002007 | 08/15/2024<br>00:44:55 | Vixen | 08/09/2024 | 08/15/2024 | PA0002484824 |
| 7 | Info Hash: 4D277A6F05F1BCE748A05E3E7FB2F3B7BBD80FCB<br>File Hash:<br>E00E379843F1AA21383C0D534B7758AF26E98C3CA75A0FF0BC53B2A678586254 | 08/15/2024<br>00:04:57 | Vixen | 12/15/2023 | 01/16/2024 | PA0002449514 |
| 8 | Info Hash: 5507965199D8D752C7A9F16F63556D03562D0324<br>File Hash:<br>9009F20AED52DB628DBE2F5F4730D8ABDEC97ED4768711ED5C3D231C42817C1D | 08/09/2024<br>23:11:26 | Vixen | 11/24/2023 | 12/13/2023 | PA0002445431 |
| 9 | Info Hash: B5AC134B7F564F6A6F51F8FF60F35A9DBD6B7495<br>File Hash:<br>827CF3C1275418813D9B4E6C248BC81F697DE335FB21D654D8C551A5D5C1BA15 | 08/09/2024<br>22:27:46 | Tushy | 08/04/2024 | 08/14/2024 | PA0002484839 |
| 10 | Info Hash: CC53D23CAB1EEF523D8FE83CEDDBEF4A65CFF0D2<br>File Hash:<br>32362081678EE4FF4AF98EA2154991969E727EF2B42BC05C021EDCC55D1FA575 | 07/28/2024<br>03:00:52 | Milfy | 07/05/2023 | 08/22/2023 | PA0002431067 |
| 11 | Info Hash: 2EDB25A46C497CA859CC8C1A02526E1AC3B243A2<br>File Hash:<br>3114A961461AE9ED6E8D28F1D06C29B9BC3A1C0C84631C5B46A20D459668816F | 07/17/2024<br>23:36:00 | Milfy | 04/10/2024 | 06/24/2024 | PA0002477492 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 5A66B14EC1FEE8F55BA9414BF263AECF26BC5E61<br>File Hash: 3F0FB043D7FB96045225B29220ED22974EC0DCD4A51666D6898DB12C195AB313 | 06/26/2024 22:52:35 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 13 | Info Hash: D4F648C5DBDF8425ED4D5D9E4A19C0928FC7D808<br>File Hash: 4F66A457FCD27460FCA664F79176D57E1DCA734D7CBBC94B9503A1F533D6AE97 | 06/21/2024 01:13:55 | Vixen | 03/25/2022 | 04/23/2022 | PA0002346420 |
| 14 | Info Hash: E0075854C5EB9C706E448FF874650A06ECE316F5<br>File Hash: 00F014FB3C256DBA12F008BD0C67629FF6CC842E59CCEDAC4BAD75CECE679FBE | 06/21/2024 00:40:55 | Vixen | 12/24/2021 | 01/17/2022 | PA0002330122 |
| 15 | Info Hash: 79E30AC25A0FA3695E6B5381A5FE7ACE4F9DF3F5<br>File Hash: 2ACEC920FADE1543FAE2C71716419EB37EFFCCBCE334FB5D8D48D470241C2162 | 06/04/2024 00:34:19 | Vixen | 05/24/2024 | 06/18/2024 | PA0002476933 |
| 16 | Info Hash: 7D64CFEBCBB3A5B775A28515741FA5CD1585CEB4<br>File Hash: 3054AB3ECBBE02C792B8FD51308E7092DA924B65FCD8E982B28D96FC1A489F98 | 05/23/2024 01:22:48 | Tushy | 05/19/2024 | 06/19/2024 | PA0002476872 |
| 17 | Info Hash: E0669B6E85A71EBC57056220A7851AB55F5D1DA8<br>File Hash: A088A922A35AFC2195FD487B5C8A3763D17660DF2B3C81E212066F9D5D6CFAFE | 05/08/2024 23:27:33 | Vixen | 01/05/2024 | 01/16/2024 | PA0002449513 |
| 18 | Info Hash: B2FC18C810A6F6CCA7B907FB3E9C6D99F9F241C7<br>File Hash: E7FACFBEEED9A91128339DD56605A205C0527BAFBE5389081D2F267845C61F34 | 03/29/2024 00:33:49 | Vixen | 03/22/2024 | 04/12/2024 | PA0002465371 |
| 19 | Info Hash: E6375CCE5D614A14D52266108648FDD439EF90C1<br>File Hash: 04A01FB78E1EEAE568DB1F3BA71B061742B14F237F73ACCFEDAFDC73538B4960 | 03/21/2024 02:16:47 | Vixen | 09/01/2023 | 09/18/2023 | PA0002431078 |
| 20 | Info Hash: 6BD868636FB636D428E999D94B9E17946DCC19E4<br>File Hash: 70395C085147616F658EDF4DEA96E81530844B82548B33C334D32D1CCCF6FF3B | 03/17/2024 04:55:59 | TushyRaw | 03/12/2024 | 04/12/2024 | PA0002465213 |
| 21 | Info Hash: BF21A74ADE80DF3FD56F4BEF5628B28A2C4F74E6<br>File Hash: 8096684B6CE36F0115139575B4C0D420CD36EA58677AA8D1FF70EB377273ED1C | 03/08/2024 04:58:13 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 22 | Info Hash: 473EBD8DC48D8BEFAE0778948CAB54208341A067<br>File Hash: 01D038EDA2648DB9B98F79F36BCA877A988A4A9BC605EE27992F0AB48C10FBFA | 03/08/2024 03:52:30 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 23 | Info Hash: E0B3526E7EF73AEDCA8BBBAE7A099336348F0BBC<br>File Hash: 13A3CF30A43D6D2D8EF5C326C8672451ABB07AAFBA0D4CD28F3989262A8A8C37 | 03/05/2024 01:13:13 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: DDCC3F52F2883D93423A47FEDA761C3662211232<br>File Hash: CFF9D06575AFC149A09E68FD6098FED551BB841836C9A3A5F2ED3B79D4B21A7F | 02/29/2024 03:14:15 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |
| 25 | Info Hash: 12E73A9873D05AF11EAE950EF20A4C707FC18FFA<br>File Hash: 766B094E3106230DD3A72341EA6BF5FDD94B4BF020CA3A0D4872A4B854AFB0FB | 02/08/2024 03:57:48 | Tushy | 12/17/2023 | 01/16/2024 | PA0002449494 |
| 26 | Info Hash: 6BEF993248BC531C6DA8F1F51278CB8C79C26F96<br>File Hash: B02C5D7A32980E65E7A94C4131AE0DF5D5F87885D7AF2671F8E12439C8FFC946 | 02/02/2024 04:29:45 | Tushy | 04/16/2023 | 05/14/2023 | PA0002411274 |
| 27 | Info Hash: 56C2716E79931DB8A44D913A20EE24C24D321831<br>File Hash: 1638B0B52B921C429233D7D2DD0F896C0109219ED16C17155593CF9B6227AC94 | 01/27/2024 04:52:22 | Tushy | 12/18/2022 | 01/10/2023 | PA0002389612 |
| 28 | Info Hash: 45EAD6B0B3012697687F5F070DD326B822B71C15<br>File Hash: 74DDF25EF431EA6DEB7960975BDBCB50883D73E0E2D842434E56A9018DC40C92 | 01/27/2024 04:51:30 | Blacked | 02/25/2023 | 03/07/2023 | PA0002400308 |
| 29 | Info Hash: F3F087DCDFA5D20721A65D7EAAA2D8955421ED92<br>File Hash: 412FE00B200D611464BCDA82C3B416C399517FD0EC475109A6EA71031293FA71 | 01/27/2024 04:51:23 | Tushy | 09/28/2017 | 10/10/2017 | PA0002086160 |